In the Matter of Medical Incapacity Proceedings Against Alan Olshan, Attorney at Law:

Office of Lawyer Regulation, Complainant,

v.

Alan Olshan, Respondent.

Supreme Court

*No. 03–1236–D. Decided July 9, 2003.*

2003 WI 109

(Also reported in 665 N.W.2d 257.)

IT IS ORDERED that this court approve the stipulation and, effective the date of this order and until further order of the court, Attorney Alan A. Olshan's continued practice of law in this state is subject to the following conditions: (1) Attorney Olshan shall meet with his physician for assessment and treatment at least every three months and shall submit or authorize that physician to submit quarterly assessment reports to the OLR; (2) Attorney Olshan shall provide full medical and informational releases to the OLR so that staff of the OLR may communicate with his treating physicians; (3) Attorney Olshan shall not represent any clients at contested hearings without co-counsel or represent any criminal defendants in felony matters without co-counsel; and (4) Attorney Olshan shall co-

operate with the monitoring of his law practice by an attorney, acceptable to the OLR, with quarterly reports to be filed by the monitoring attorney.